# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
                              )
STEFANIE BURRELL,             )
                              )
            Plaintiff,        )
                              )
        v.                    ) Civil Action No. 17-1837 (EGS)
                              )
ALICA SHEPARD, DANIEL CIPULLO,)
and the DISTRICT OF COLUMBIA, )
                              )
            Defendants.       )
                              )
```

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' motion to dismiss is **GRANTED IN PART AND DENIED IN PART**; and it is

**FURTHER ORDERED** that defendants' motion to dismiss Counts I, II, III, and IV is **DENIED**; and it is

**FURTHER ORDERED** that defendants' motion to dismiss Count V is **GRANTED IN PART AND DENIED IN PART**. Ms. Burrell's 42 U.S.C. § 1983 claim against Daniel Cipullo is **DISMISSED**; and it is

**FURTHER ORDERED** that defendant's motion to dismiss Count VI is **GRANTED**. Ms. Burrell's 42 U.S.C. § 1983 claim against the District of Columbia is **DISMISSED**; and it is

**FURTHER ORDERED** that defendants shall file an Answer to Ms.

Burrell's amended complaint by no later than **August 13, 2018.**

        **SO ORDERED.**

**SIGNED:**    **Emmet G. Sullivan**
                  **United States District Court Judge**
                  **July 27, 2018**